**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR 05-1157-GHK |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD SEUNG OK | ) | |
| | ) | |
| Defendant. | ) | |

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that USPO Samara Belgarde, or another duly authorized USPO re-interview defendant Edward Seung Ok at the MDC on the issue of his prior substance abuse, prepare an addendum to the original PSR, lodge same with this court, and provide copies to both Government and defense counsel.


DATED: August 11, 2008


                              FOR THE UNITED STATES DISTRICT COURT:

                              _____
                              HONORABLE GEORGE H. KING
                              UNITED STATES DISTRICT COURT JUDGE