FILED: 2/10/14

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *United States of America*, | CASE NO. CV 12-6405-GHK |
| Plaintiff, | ==CR 05-1157-GHK== |
| v. | JUDGMENT |
| *Edward Seung Ok*, |  |
| Defendant. |  |

Pursuant to the Court's February 10, 2014 Order, IT IS HEREBY ADJUDGED that Defendant's motion pursuant to 28 U.S.C. § 2255 is **DENIED with prejudice**. Also pursuant to our February 10, 2014 Order, we **DENY** issuance of a certificate of appealability.

**IT IS SO ORDERED**.

DATED: February 10, 2014

_____
GEORGE H. KING
Chief United States District Judge